VIRGINIA:

FILED
CLERK OF COURT
2025 JUN 13 A 11:41
CIRCUIT COURT
STAFFORD VIRGINIA

IN THE COURT FOR THE COUNTY OF STAFFORD

NATIONWIDE INSURANCE COMPANY
OF AMERICA A/S/O
VAHID RAFI AND PARISA RAFI,

PLAINTIFF,

v.

CASE NO.: CL25-2082

HOME DEPOT U.S.A, INC.,
Serve: Home Depot U.S.A., Inc.
c/o Corporation Service Company
100 Shockoe Slip, Fl 2
Richmond, VA 23219

DEFENDANT.

**COMPLAINT**

NOW COMES Plaintiff, Nationwide Insurance Company of America, by counsel, and for its Complaint against Home Depot U.S.A., Inc. states as follows:

1. Vahid and Parisa Rafi are residents of the Commonwealth of Virginia and reside at 18 Nugent Drive, Stafford, Virginia. This action is being brought by Nationwide Insurance Company of America ("Nationwide") pursuant to Virginia Code § 38.2-207.

2. Defendant Home Depot U.S.A., Inc. "Home Depot" is a corporation with its principal place of business at 2455 Paces Ferry Road SE, Atlanta, GA 30339. Home Depot transacts a substantial amount of business in the Commonwealth of Virginia through its retail stores.

3. This Court has jurisdiction over the Defendants pursuant to Va. Code § 8.01-328.1 (A) 1-4 as this cause of action arises from the defendant transacting business in Virginia, contracting to supply services in Virginia, causing tortious injury by an act or omission in Virginia, and causing

tortious injury by an act or omission outside of Virginia while regularly conducting business in Virginia.

4. Venue is appropriate in this case as the loss occurred in Stafford, Virginia.

5. The Rafis are the owners of real property located at 18 Nugent Drive, Stafford, Virginia. The home sustained substantial water damage on or about October 2, 2024.

6. The cause of the water release was determined to be the result of a negligent installation of a washing machine by the Defendant.

7. As a result of the negligent installation and pursuant to its contract with the Rafis, Nationwide incurred $92,957.51 in damages.

**COUNT I- BREACH OF CONTRACT**

8. On or about September 28, 2024, the Rafis purchased a new washer and dryer from the Defendant's store at 15450 John Marshall Highway, Haymarket, Virginia. As part of the sale, the Rafis contracted with the Defendant to deliver and setup the new washing machine.
9. Employees of the Defendant improperly installed the new washer on October 2, 2024. In particular, the employee(s) failed to properly secure the drain line. The improper installation allowed the drain to fall out of the wall drain on its first use and discharge water onto the floor of the Rafi home.
10. In contracting with the Rafis, the Defendant agreed to perform all work in a workmanlike manner.
11. Defendant breached its contract by failing to perform the contracted work in a workmanlike manner.
12. As a direct and proximate cause of the defendant's breach, the Plaintiff has incurred damages as setout herein.

## COUNT II- NEGLIGENCE

13. Plaintiff realleges and incorporates Paragraph 1-12 as if fully set out herein.

14. Independent of any contract, Defendant had a duty to use reasonable care as to not injure the property of the Rafis.

15. Defendant's misfeasance in the installation of the washing machine amounts to negligence.

16. As a result of the Defendant's negligence, the Plaintiff has suffered damages beyond mere disappointed economic expectations resulting in the damages as setout herein.

17. Nationwide hereby demands a trial by jury.

WHEREFORE, the Plaintiff prays for judgment against the Defendant for damages in the amount of $92,957.51 together with interest, costs, and such other and further relief as is just and proper.

NATIONWIDE INSURANCE COMPANY OF AMERICA

*By Counsel*

Patrick Genova, Esquire
VA Bar Number: 87555
Teumer & Drash
101 West Main Street, Suite 430
Norfolk, VA 23510
(757) 448-6127
(855) 840-9931 - FAX
genovp1@nationwide.com